| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Brotman, Stanley S | 2. Court or Organization<br><br>U.S.D.C, New Jersey | 3. Date of Report<br><br>6/06/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge/Sr. Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>6030 M.H. Cohen US Courthouse<br>4th & Cooper Streets, Box 1029<br>Camden, NJ 08102-1029 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman | ABA Judicial Immigration Education Project |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUN -7 A 11: 14 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2004 | Director, American Automobile Association, Club of South New Jersey |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | NY Intellectual Property Law Association | 3/18 - 3/19/05, New York City (Lodge, Food) |
| 2. | AAA of South Jersey | 6/9 - 6/12/05, Washington, DC (Trans. Lodge, Food) |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 6/06/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 6/06/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Advantage Pirmary Liq. Fd/Oppenheimer | A | Interest | J | T | | | | | |
| 2. U.S. Enviro Systems, Inc. c/s (formerly Cogenic Energy ) Sys | | None | J | T | | | | | |
| 3. General Electric c/s | B | Dividend | L | T | | | | | |
| 4. Xerox Corporation c/s | A | Dividend | K | T | | | | | |
| 5. PNC Bank c/s | B | Dividend | K | T | | | | | |
| 6. Sun Nat. Bank, Vineland, NJ (chkg acct) | B | Interest | J | T | | | | | |
| 7. Israel Bonds | A | Interest | J | T | | | | | |
| 8. Wachovia Cap. Acct., formerly Command Money Fund/Prudential | B | Interest | J | T | | | | | |
| 9. Wachovia Corp. | A | Dividend | K | T | | | | | |
| 10. Israel Bonds | A | Interest | J | T | | | | | |
| 11. Minotola National Bank, Vineland, NJ (checking) | A | Interest | J | T | | | | | |
| 12. ███████ TRUST: | | | | | | | | | |
| 13. -GlenmedeFund Inc.-Tax Exempt Cash Port prin. cash & reserve | C | Interest | M | T | | | | | |
| 14. - Passaic Co. NJ Genl Impt MBia (dtd 12/1/92; due 12//01/05) | C | Interest | | | Maturity | 12/1 | K | | |
| 15. - Little Egg Hbr Mun Util Wtr * Swr (dtd 3/1/97; due 7/1/06) | C | Interest | K | T | | | | | |
| 16. - Manalapan Eng. NJ Regl Brd Ed (dtd 6/1/93; due 5/1/07 | C | Interest | L | T | | | | | |
| 17. - Gloucester Cnty NJ G. O. (dtd 10/1/97; due 2/1/98) | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 6/06/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - General Electric Co. c/s | B | Dividend | L | T | | | | | |
| 19. - Colgate Palmolive Co. c/s | A | Dividend | K | T | | | | | |
| 20. - Johnson & Johnson c/s | A | Dividend | K | T | Partial Sale | 6/8 | K | D | |
| 21. - Royal Dutch Petroleum NY shares c/s | B | Dividend | L | T | Partial Sale | 3/09 | K | D | |
| 22. - City Group, Inc. c/s | B | Dividend | K | T | | | | | |
| 23. - Bank of America c/s | B | Dividend | K | T | | | | | |
| 24. - Automatic Data Processing, Inc. c/s | A | Dividend | K | T | | | | | |
| 25. - Microsoft Corp, c/s | A | Dividend | K | T | | | | | |
| 26. - Intel Corp. c/s | B | Dividend | J | T | | | | | |
| 27. - Chase Manhattan Corp.c/s | A | Dividend | J | T | | | | | |
| 28. Daimler Chrysler c/s | A | Dividend | J | T | | | | | |
| 29. IBM c/s | A | Dividend | M | T | | | | | |
| 30. Pepsico, Inc. c/s | A | Dividend | J | T | | | | | |
| 31. Sara Lee Corp. c/s | A | Dividend | | | Sale | 10/12 | J | | |
| 32. Specialty Retail Group, Inc. c/s | | None | J | T | | | | | |
| 33. THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 34. - Glenmede Fund, Inc.: Strategic Equity Part | A | Int/Div | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 6/06/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 36. - Glenmede Fund, Inc. : Strategic Equity Part | A | Int/Div | K | T | | | | | |
| 37. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 38. - Glenmede Fund, Inc.: Strategic EquityPart | B | Dividend | L | T | | | | | |
| 39. Verizon c/s | A | Dividend | J | T | | | | | |
| 40. Pepsico, Inc. c/s | A | Dividend | J | T | | | | | |
| 41. Motorola, Inc. c/s | A | Dividend | J | T | | | | | |
| 42. J.P.Morgan Chase c/s | A | Dividend | K | T | | | | | |
| 43. Intel c/s | A | Dividend | K | T | | | | | |
| 44. NJ Healthcare Fac. (dtd 7/1/94; due 7/1/03) | A | Interest | | | Redemption | 07/01 | J | | |
| 45. Somerset Cty,NJ,Gen.Obl.Series 1998(dtd12/1/98;due12/1/06) | A | Interest | K | T | | | | | |
| 46. Israel Bonds | A | Interest | J | T | | | | | |
| 47. Vodaphone AirTouch c/s | A | Dividend | K | T | | | | | |
| 48. ███████RUST: | | | | | | | | | |
| 49. - Home Depot, Inc. c/s | A | Dividend | K | T | | | | | |
| 50. - American International Group c/s | A | Dividend | J | T | | | | | |
| 51. - American International Group c/s | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 6/06/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Exxon Mobil Corp. c/s | B | Dividend | K | T | Partial Sale | 3/9 | K | E | |
| 53. - Sayreville, NJ (dtd 9/1/00; 4.6% Due 9/1/10) | B | Interest | K | T | | | | | |
| 54. - Mercer County, NJ Impt.(dtd 12/15/00 4.4%,due 11/1/10) | B | Interest | K | T | | | | | |
| 55. - NJ Healthcare FacFing Auth. Rev(dtd1/1/98 4.2%;due7/1/05) | B | Interest | | | Maturity | 7/01 | K | | |
| 56. - Ocean City,NJ FSA G.O.(dtd 4/1/98 4.5%;due 4/1/08) | B | Interest | K | T | | | | | |
| 57. THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 58. - Glenmede Fund, Inc.: Strategic Equity Part | B | Dividend | L | T | | | | | |
| 59. THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 60. - Glenmede Fund, Inc.: Strategic Equity Part | B | Dividend | K | T | | | | | |
| 61. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 62. - Glenmede Fund, Inc.: Strategic Equity Port | B | Dividend | K | T | | | | | |
| 63. Verizon Communications c/s | A | Dividend | J | T | | | | | |
| 64. Parsippany-Troy Hills Twp.NJ (dtd 6/2/92;due 4/1/06) | A | Interest | K | T | | | | | |
| 65. Unique Mobility, Inc. c/s | A | Dividend | J | T | | | | | |
| 66. Unique Mobility, Inc. c/s | A | Dividend | J | T | | | | | |
| 67. ▮▮▮▮▮TRUST: | | | | | | | | | |
| 68. - Glassboro,NJSchlDist,FSA, dtd 7/1/01,4 3/4%,7/1/11 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - Medtronic, Inc. c/s | A | Dividend | K | T | | | | | |
| 70. - NJ SY EDL FACS Auth Re Ambac dtd 7/1/01 4.3% 7/1/11 | A | Interest | K | T | | | | | |
| 71. THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 72. - Glenmede Fund, Inc.; Strategic Equity Fund | A | Dividend | J | T | Part Redempt | 10/25 | J | A | |
| 73. - Vanguard Institutional Index 500 FD | B | Dividend | L | T | Partial Sale | 11/23 | J | A | |
| 74. THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 75. - Glenmede Fund, Inc. - Strategic Equity Part | A | Dividend | J | T | Part Redempt | 10/25 | J | A | |
| 76. - Vanguard Institutional Index 500 FD | B | Dividend | K | T | Partial Sale | 10/25 | J | A | |
| 77. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 78. - Vanguard Institutional Index 500 Fund | A | Dividend | K | T | | | | | |
| 79. Kraft Foods, Inc.CLA c/s | A | Dividend | | | Sale | 10/12 | J | | |
| 80. NJSt.Transit Sys 1993 (dtd 4/10/93 4.60 due 6/15/01) | B | Interest | | | Redemption | 6/15 | K | | |
| 81. Essex Cnty.Gen.Oblig.(dtd 11/15/95 5.00 due 11/15/06) | B | Interest | K | T | | | | | |
| 82. ████████ RUST | | | | | | | | | |
| 83. - NJ SPORTS&EXPOSITION dtd 1/1/02 4.6% due 3/1/12 | B | Interest | K | T | | | | | |
| 84. - Target Corp. c/s | A | Dividend | K | T | Partial Sale | 6/8 | K | D | |
| 85. - United Parcel Service c/s | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 6/06/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. NJ ST.HSG&MTG FIN ACY BOND dtd 2/05/02;due 5/1/08 3.65% | A | Interest | K | T | | | | | |
| 87. Hudson Cty NJ Corr.Fac. dtd 12/15/02;12/1/05 2.00% | C | Interest | | | Redemption | 12/1 | M | | |
| 88. State of Israel Bond dtd 2/01/02 4.0% | A | Interest | J | T | | | | | |
| 89. State of Israel Bond dtd 12/01/02 4.0% | A | Interest | J | T | | | | | |
| 90. Amgen, Inc. c/s | A | Dividend | J | T | | | | | |
| 91. Mercer Cnty,NJ Imp.Auth.dtd 8/01/02;due 8/01/09 3.25% | A | Interest | K | T | | | | | |
| 92. Davis N.Y. Venture Fund Class C | A | Dividend | K | T | | | | | |
| 93. Evergreen Managed Income Fund, PFD SHS SER | B | Interest | | | Sale | 12/21 | L | | |
| 94. Lucent Technologies, c/s | A | Dividend | J | T | | | | | |
| 95. Allianz RCM Innovation Fund formerly PIMCO Pea Innov. Fund | A | Interest | J | T | | | | | |
| 96. Prudential Financial, Inc.. | A | Dividend | J | T | | | | | |
| 97. S.J. Port. Corp., NJ Rev, 3.50, dtd 12/01/02, due 1/01/09 | A | Interest | K | T | | | | | |
| 98. ███████ TRUST | | | | | | | | | |
| 99. - Goldman Sacks Group c/s | A | Dividend | K | T | | | | | |
| 100. - United Parcel Service c/s | A | Dividend | K | T | | | | | |
| 101. - Dell, Inc. c/s | A | Dividend | | | Sale | 11/21 | K | | |
| 102. - S&P 500 Depository Receipts | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Mercer County, NJ Imp. Auth. . 3.0, dtd 2/15/03 due 9/1/08 | A | Interest | L | T | | | | | |
| 104. - Anheuser Busch Cos, Inc. | A | Dividend | | | Sale | 4/7 | K | | |
| 105. - Intel Corp., c/s | A | Dividend | J | T | | | | | |
| 106. - Pfizer, Inc., c/s | A | Dividend | | | Sale | 11/15 | K | | |
| 107 � TRUST | | | | | | | | | |
| 108. - Comcast Corp., c/s | | None | | | Sale | 1/21 | K | | |
| 109. - Devon Energy Corp., c/s | A | Dividend | J | T | Partial Sale | 6/8 | J | C | |
| 110. - Walt Disney Co., c/s | A | Dividend | J | T | | | | | |
| 111. - Johnson Controls, c/s | A | Dividend | K | T | | | | | |
| 112. - Lowes Cos, Inc. c/s | A | Dividend | K | T | Partial Sale | 6/8 | K | B | |
| 113. - Oracle Systems, c/s | | None | K | T | | | | | |
| 114. - 3M Co, c/s | A | Dividend | K | T | | | | | |
| 115. - Walt Disney, Co., c/s | A | Dividend | J | T | | | | | |
| 116. - Home Depot, Inc., c/s | A | Dividend | J | T | | | | | |
| 117. - Lowes Cos, Inc. c/s | A | Dividend | J | T | | | | | |
| 118. - Wachovia Corporation, c/s | A | Dividend | K | T | | | | | |
| 119. - Kellogg Co., c/s | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L=$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 6/06/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Proctor & Gamble Co., c/s | A | Dividend | J | T | | | | | |
| 121. - Cisco Systems, c/s | | None | | | Sale | 11/21 | K | | |
| 122. - Medtronic, Inc.,c/s | A | Dividend | K | T | | | | | |
| 123. - Varian Medical Systems, Inc., c/s | A | Dividend | K | T | | | | | |
| 124. - York PA Subn School District dtd 12/15/04, due 2/15/05, 3% | B | Interest | | | Sold | 3/04 | L | | |
| 125. - Commerical Bk. Thomasville, GA CTF Dep. dtd 5/04 due 5/05 | B | Interest | | | Redemption | 5/27 | L | | |
| 126. - Lehman Bro. 2.35% dtd 11/24/04 due 5/24/05 | B | Interest | | | Redemption | 5/24 | L | | |
| 127. - Corus Bk., 2.1% dtd 8/29/03 due 8/29/05 | B | Interest | | | Redemption | 8/29 | L | | |
| 128. Freescale Semiconductor, c/s | | None | J | T | | | | | |
| 129. - WalMart Stores, Inc. c/s | A | Dividend | K | T | Buy | 3/9 | K | | |
| 130. | | | | | Sold | 11/21 | K | | |
| 131. - Clorox Co, c/s | A | Dividend | J | T | Buy | 4/7 | J | | |
| 132. | | | | | Sold | 11/21 | J | | |
| 133. - Abbott Laboratories, c/s | A | Dividend | K | T | Buy | 6/8 | K | | |
| 134. - 3M Co, d/s | A | Dividend | K | T | Buy | 6/8 | K | | |
| 135. - Oil Service Holders Trus | A | Dividend | J | T | Buy | 6/8 | J | | |
| 136. - Royal Dutch Shell PLC-ADR c/s | A | Dividend | J | T | Exchange | 8/2 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 6/06/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Gillette Co, c/s | A | Dividend | K | T | Buy | 3/9 | K | | |
| 138. - Varian Medical Sys, Inc. c/s | A | Dividend | K | T | Buy | 3/9 | K | | |
| 139. - Wachovia Corp., c/s | A | Distribution | K | T | Buy | 3/9 | K | | |
| 140. - Pepsico, Inc., c/s | A | Dividend | J | T | Buy | 4/7 | J | | |
| 141. - Mercer Co, NJ Imp Auth Rev dtd 6/17/05, due 8/1/09 | B | Interest | L | T | Buy | 6/17 | L | | |
| 142. - Proctor & Gamble Co., c/s | A | Dividend | J | T | Merge | 10/4 | J | | |
| 143. - EMC Corp., c/s | A | Interest | K | T | Buy | 11/21 | K | | |
| 144. - Kellog Co., c/s | A | Dividend | K | T | Buy | 11/21 | K | | |
| 145. - Pepsico, Inc., c/s | A | Dividend | K | T | Buy | 11/21 | K | | |
| 146. - Wyeth, c/s | A | Dividend | K | T | Buy | 11/21 | K | | |
| 147. - Marlbvoro Twp., NJ Brd Ed, dtd 7/15/04 4.5%, due 7/15/13 | B | Interest | L | T | Buy | 11/22 | L | | |
| 148. Acacia Fed SavDC FallsChurch, VA 4.5% 12/28/05, due 12/28/06 | C | Interest | L | T | B uy | 12/28 | L | | |
| 149. Ktron Int'l, Inc. c/s | | None | J | T | Buy | 10/12 | J | | |
| 150. Discover Bank,CD 3.65% dtd 4/27/05, due 4/27/06 | C | Interest | L | T | B uy | 4/27 | L | | |
| 151. No. Georgia Bank, CD 3.65% dtd 5/26/05, due 6/26/06 | C | Interest | L | T | Buy | 5/20 | L | | |
| 152. Irwin Union Bank, CD 4.05% dtd 9/07/05, due 9/07/06 | C | Interest | L | T | Buy | 8/30 | L | | |
| 153. Nebraska Land NB, CD 3.85% dtd 6/01/05, due 12/01/06 | C | Interest | L | T | Buy | 5/26 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 6/06/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. GLENMEDE TRUST Investment Advisory | | | | | | | | | |
| 155. Glenmede Fund, Inc. - Tax Exempt Cash Port dtd 10/14/88 | C | Interest | J | T | Buy | 12/31 | | | |
| 156. SEE SEC. VIII re: above Glenmede Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 6/06/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(a) Entry 44 previously redeemed on 7/01/03 and inadvertently omitted from 2003 Financial Disclosure Report.

(b) Enty 80 previously redeemed on 6/15/01 and inadvertently omitted from 2001 Financial Disclosure Report.

(c) Entry 106 previously sold on 11/15/04 and inadvertently omitted from 2004 Financial Disclosure Report.

(d) Entry 136 reflects an exchange of remaining shares of Royal Dutch Petroleum (entry 21) for shares of Royal Dutch Shell PLD-ADR A.

(e) Entry 142 reflects merger Gillette (entry 137) resulting in distribution of shares of Proctor & Gamble Co.

(f) Section IV, entry 2 reflects travel involving ███████████ a director, to a meeting in Washington, DC. The company assumed the expenses of all ███████Directors attending this event. See Guide to Judiciary Policies and Procedures, Vol. II, Chapter VI, Part G, Section 5(b)(7).

(g) Entry 155 is a money market cash equivalent holding fund reflecting transactions involving the reimbursement of dividends, interest and capital gain distributions within the investment advisory account. The Glenmede Fund, Inc. Tax Exempt Cash Port dtd 12/24/1988 was not reported. A rereading of the "Filing Instructions" datd 1/7/04, page 52, indicated the opening of such an account should be reported. My failure to do so was an error on my part and is now reported reflecting the opening date of 12/31/95 according to my records.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date     06/06/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544